RICHARD P. TOWNE, ESQ.
State Bar No. 089606
3625 Thousand Oaks Boulevard, Suite 267
Westlake Village, CA 91362
Telephone 805.497.9888
Facsimile 805.497.6900
rptowne@yahoo.com

Counsel for Terri Dykstra

FILED
JUL - 9 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In Re: ) Case No. 1:09-BK-18409 GM
)
LENNY KYLE DYKSTRA, an individual, ) Chapter 11
)
                                Debtor. ) NOTICE OF APPEARANCE AND
) REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that Richard P. Towne, Esq. hereby enters his appearance as attorney for Terri Dykstra in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk in the above-captioned case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

                    RICHARD P. TOWNE, ESQ.
                    3625 Thousand Oaks Boulevard, Suite 267
                    Westlake Village, CA 91362
                    Telephone 805.497.9888
                    Facsimile 805.497.6900
                    rptowne@yahoo.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred to in Rule 2002 and also includes, without limitation, notices of any orders, rulings and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, proceedigs, requests or petitions, answering or reply papers,

Request For Special Notice 09-BK-18409 GM

1

memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with request to these proceedings, whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise.

Dated: July 8, 2009

RICHARD P. TOWNE, ESQ.

By: _____
Richard P. Towne
Counsel for Terri Dykstra

Request For Special Notice 09-BK-18409 GM

2

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3625 Thousand Oaks Boulevard, Suite 267, Westlake Village, CA 91362.

On July 8, 2009, I served the foregoing Notice Of Appearance And Request For Special Notice, et al on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

M. Jonathan Hayes, Esq.
9700 Reseda Boulevard, Suite 201
Northridge, CA 91324
Telephone 818.882.5600
Facsimile 818.882.5610
jhayes@polarisnet.net
Counsel for Lenny Kyle Dykstra

X    BY MAIL

     X    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Woodland Hills, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the offices of the addressee.

X    (BY FAX) I caused a true and correct copy of said document to be transmitted via electronic facsimile machine and then placed for deposit in the U. S. Mail with postage thereon fully prepaid.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X    (Federal) I declare that I am a member of the bar of this court at whose direction the service was made.

Executed on July 8, 2009, at Westlake Village, California.

Richard P. Towne
Print Name            Signature

Request For Special Notice 09-BK-18409 GM

3