M. Jonathan Hayes (Bar No. 90388)
**Law Office M. Jonathan Hayes**
9700 Reseda Blvd. Suite 201
Northridge, California 91324
Telephone: (818) 882-5600
Facsimile: (818) 882-5610
jhayes@polarisnet.net

Attorney for Debtor
Lenny K. Dykstra

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>LENNY KYLE DYKSTRA,<br><br>Debtors. | CASE NO.: 1:09-bk-18409-GM<br><br>Chapter 11<br><br>**APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY M. JONATHAN HAYES AS HIS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF M. JONATHAN HAYES IN SUPPORT THISEOF**<br><br>(No Hearing Required) |

Lenny Kyle Dykstra (the "Debtor"), debtor and debtor-in-possession herein, hereby applies to this court to employ M. Jonathan Hayes ("Hayes" or the "Firm"), as his general bankruptcy counsel and respectfully represent as follows:

This case was commenced by the filing of a voluntary petition under Chapter 11 of the *Bankruptcy Code* on July 7, 2009.

M. Jonathan Hayes is well-qualified to represent the Debtor in proceedings of this nature. He is duly admitted to practice law in the courts of the state of California and in the United States District Court for the Central District of California. A true copy of

1     Application to Employ M. Jonathan Hayes
As Counsel for the Debtor

Hayes' résumé is attached as **Exhibit "A"** to the Declaration of M. Jonathan Hayes (the "Hayes Declaration") attached hereto. Hayes will bill his services rendered to the Debtor at $385.00 per hour.

The Debtor desires to employ Hayes as his general bankruptcy counsel in accordance with the terms of the legal services Retainer Agreement ("Retainer Agreement") which is attached to the Hayes Declaration and marked as **Exhibit "B."**

The Debtor requires the services of Hayes to render the following types of professional services relating to this Chapter 11 proceeding:

- Advice and assistance regarding compliance with the requirements of the United States Trustee;
- Advice regarding matters of bankruptcy law, including the rights and remedies of the Debtor in regard to his assets and with respect to the claims of creditors;
- To conduct examinations of witnesses, claimants or adverse parties and to prepare and assist in the preparation of reports, accounts and pleadings;
- Advice concerning the requirements of the Bankruptcy Code and applicable rules;
- To assist with the negotiation, formulation, confirmation and implementation of a Chapter 11 plan;
- To make any appearances in the Bankruptcy Court on behalf of the debtor; and
- To take such other action and to perform such other services as the debtor may require.

The attached declaration evidences that Hayes has no connection with the Debtor or any related or affiliated entity.

Hayes has not in the past represented and at this time has no plans to represent any related debtors, principles or insiders. To the best of Hayes's knowledge, he has no

Application to Employ M. Jonathan Hayes
As Counsel for the Debtor

relationship or connection with the Debtor, his creditors or other parties in interest or his respective attorneys or accountants. Hayes does not hold any interest in nor is he materially adverse to the Debtors and thus constitutes a disinterested person as contemplated by 11 U.S.C. § 327 and defined in Section 101(14) of the *Bankruptcy Code*. Hayes is not a creditor of the estate and is not owed any funds by the Debtor.

Hayes will render services to the Debtor at his regular hourly rates, which may be subject to adjustment from time to time, and Hayes understands that his compensation in this case is subject to approval of this court. Hayes intends to apply to this court for compensation and reimbursement for fees incurred and costs advanced in conformity with 11 U.S.C. §§ 330 and 331.

Hayes understands that any compensation to be received hereafter by him is subject to approval by this court, upon appropriate application and hearing. In conformity with 11 U.S.C. §§ 330 and 331, Hayes intends to file interim fee applications for allowance of fees and reimbursement of costs advanced as and when appropriate. Hayes will file interim fee applications no more often than every 120 days.

The Debtor paid a prepetition retainer to Hayes of $-0,000.00 which has been deposited into his client trust account. The source of those funds was the Debtor. The Debtor paid the $1,039 filing fee from a TPC Operations, LLC bank account. Hayes intends to draw down on the retainer pursuant to the rules of the US Trustee's Office. Hayes will bill the Debtor at $385.00 per hour.

A true and complete copy of the Retainer Agreement ("Retainer Agreement") between Realty and Hayes is attached as **Exhibit "B"** to the Hayes Declaration. At the conclusion of this proceeding, Hayes will file an appropriate application seeking allowance of all fees and costs, regardless of whether interim compensation has been paid. Upon allowance of such fees and costs, the Debtor will pay Hayes the difference between the amounts allowed and any interim compensation paid.

Hayes' compensation will be based upon various factors including, but not limited to, his customer hourly fees to clients paying at monthly intervals, the novelty or difficulty of the legal issues presented, and the results obtained.

A Notice of Debtor's Application to Employ Counsel has been served on all interested parties as required. A true and correct copy of that notice is attached hereto as **Exhibit "C"**.

The proposed order encompassing the employment of applicant based on above information and attachments as stated herein is filed concurrently herewith.

**WHISEFORE**, the Debtor respectfully requests that she be authorized, based upon the foregoing and pursuant to 11 U.S.C. § 327 and Rule 2014(a) of *Federal Rules of Bankruptcy Procedure*, to employ M. Jonathan Hayes as his general bankruptcy counsel, with compensation in such amount as the court may hereafter allow in accordance with law, and the terms set forth herein including the right to draw down on the retainer pursuant to the UST Guidelines or upon modified terms as the court may deem just and proper.

Dated: July 9, 2009

_____
Lenny Kyle Dykstra

# DECLARATION OF M. JONATHAN HAYES
## IN SUPPORT THISEOF

I, M. Jonathan Hayes, declare as follows:

1. I am an attorney at law, authorized to practice before the Federal Courts in the Central District and before this court. This Declaration is made in connection with the Application by Lenny Kyle Dykstra (the "Debtor") to employ the firm as his bankruptcy counsel in the Chapter 11 case filed on July 7, 2009. The statements made herein are of my own personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. I have no connection with the Debtor except as stated herein. I have not in the past represented and at this time have no plans to represent any related debtors, principles or insiders. To the best of my knowledge, I have no relationship or connection with the Debtor, his creditors or other parties in interest or his respective attorneys or accountants except as otherwise stated herein. I do not hold any interest in nor am I materially adverse to the Debtor. I am not a creditor of the estate and am not owed any funds by the Debtor.

3. I will render services to the Debtor at my regular hourly rates, which may be subject to adjustment from time to time, and I understand that my compensation in this case is subject to approval of this court. I intend to apply to this court for compensation and reimbursement for fees incurred and costs advanced in conformity with 11 U.S.C. §§ 330 and 331.

4. I understand that any compensation to be received hereafter by me is subject to approval by this court, upon appropriate application and hearing. In conformity with 11 U.S.C. §§ 330 and 331, I intend to file interim fee applications for allowance of fees and reimbursement of costs advanced as and when appropriate.

5.  The Debtor did not pay me a retainer. The Debtor paid the $1,039 filing fee from an account of TPC Operations, LLC. I will bill the Debtor at $385.00 per hour.

6.  A true and complete copy of the Retainer Agreement ("Retainer Agreement") between the Debtor and me is attached as **Exhibit "B."** At the conclusion of this proceeding, I will file an appropriate application seeking allowance of all fees and costs, regardless of whether interim compensation has been paid. Upon allowance of such fees and costs, the debtor will pay me the difference between the amounts allowed and any interim compensation paid.

7.  My compensation will be based upon various factors including, but not limited to, my customer hourly fees to clients paying at monthly intervals, the novelty or difficulty of the legal issues presented, and the results obtained. I am familiar with the *Bankruptcy Code*, the *Bankruptcy Rules* and the *Local Bankruptcy Rules*, and shall comply with them.

8.  I am experienced in bankruptcy proceedings and am willing to accept as compensation such amount as may hereafter be allowed by this Court.

9.  Pursuant to *Local Bankruptcy Rule* 2014-1(2)(b), I have mailed a copy of a Notice of Debtor's Application to Employ Counsel on all interested parties as required. A true and correct copy of that notice is attached hereto as Exhibit "C."

Executed on July 20, 2009, at Northridge, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ M. Jonathan Hayes
M. JONATHAN HAYES

# RESUME

M. Jonathan Hayes
9700 Reseda Blvd., Suite 201
Northridge, CA 91324
email: jhayes@polarisnet.net
telephone: (818) 882-5600
fax: (818) 882-5610

Practice Areas:
Bankruptcy & Insolvency, General Civil Litigation

Certified Bankruptcy Specialist, California Bar Association, Board of Legal Specialization

Education:
Loyola University School of Law (J.D., 1977)
Loyola University (B.A., 1971)

Straus Institute for Dispute Resolution of the Pepperdine University School of Law, 30 hours, 1995

M. Jonathan Hayes, a former partner at Haight, Brown & Bonesteel, LLP, concentrates his practice in bankruptcy and corporate - business litigation. He has represented numerous Chapter 11 debtors, businesses and individuals, effected many successful reorganization plans. Mr. Hayes has prosecuted and defended complaints to declare debts non-dischargeable, to deny the discharge and other bankruptcy related litigation matters. He has defended several fraudulent conveyance actions brought by trustees in so-called Ponzi schemes. He has filed many Chapter 7 petitions for clients and has handled many bankruptcies that are commenced because of tax problems of the debtors, including recently a major R & B group.

Mr. Hayes' recent chapter 11 cases include representing a company which owns 20 oil wells, a company which owed a large hotel in Culver City which was sold during the case for $25 million, a "dot com" company, a Condominium Homeowners Association fending off a $9 million judgment creditor; a furniture manufacturing company ($4 million annual sales); a chain of carpet stores ($10 million annual sales); an employee leasing company ($30 million in annual sales); a wireless entertainment equipment sales company, a litigation attorney; a sunglass wholesaling company; a bait tank and machine shop; and a small commercial center. He represented three franchisees in the Econo-Lube bankruptcy filing adversary proceedings for each demanding more than $10 million in total and settling each successfully. He represented the Creditor's Committee in the Lucy's LaundryMart and SBB Roofing chapter 11 cases. He was lead counsel for the Creditor's Committee in the Breath Asure, Inc. Chapter 11 and the B.C. Oil, Inc. Chapter 11. He has prosecuted and defended several bankruptcy appeals to the Bankruptcy Appellate Panel and to the 9th Circuit Court of Appeals.

Mr. Hayes has been a member of the panel of mediators of the Bankruptcy Mediation Program for the Central District of California since the program's inception. He received an award from the court for "Most Frequently Chosen Mediator in the Central District – 2000-2001" and "Most Frequently Chosen Mediator in the Los Angeles Division – 2004-2005."

Mr. Hayes has written many articles including:

7

LAW OFFICES
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

Application to Employ M. Jonathan Hayes
As Counsel for the Debtor

A-1

- "A Chapter 13 Primer for the Non-Chapter 13 Bankruptcy Attorney," *California Bankruptcy Journal*, January, 2009 (with James T. King).
- "A Review of 9th Circuit Published Decisions on Bankruptcy" for the Los Angeles County Bar Assn presentations on September 26, 2006 with retired Bankruptcy Judge Lisa Hill Fenning and October 17, 2007 with Bankruptcy Judge Samuel Bufford. Presentations also made to the Central District Consumer Bankruptcy Attorneys Assn on March 27, 2007 with Bankruptcy Judge Victoria Kaufman, on January 26, 2008 with Chief Bankruptcy Judge Vincent Zurzolo, and on February 21, 2009 with Judge Meredith Jury.
- "Chapter 7 Bad Faith, Substantial Abuse and Dismissal with Prejudice: Totality of the Circumstances Needs to be Rethunk," *California Bankruptcy Journal*, January, 2005
- "The Expanding Liability of Corporate Directors and Officers: Now You Have to Worry About "In the Vicinity of Insolvency," A Judicially Created Gun for Creditors, with Morton S. Rosen, *California Bankruptcy Journal*, March, 2004
- "Attorneys Should Follow Simple Bankruptcy Law Rules of Thumb," *Los Angeles Daily Journal*, August 30, 2002;
- "The Bankruptcy Discharge: Its Not As Easy As It Looks," *California Bankruptcy Journal*, October, 2000;
- "Formulating and Confirming a Chapter 11 Plan of Reorganization," *Journal of Legal Advocacy & Practice*, University of La Verne School of Law, Volume 2, 2000; and
- "Fighting the Abusive Chapter 13," *Los Angeles Daily Journal*.

In addition, Mr. Hayes sits on
- the Board of Editors of the California Bankruptcy Journal,
- the Bankruptcy Committee of the Los Angeles County Bar Association.
- the Board of Directors of the Central District Consumer Bankruptcy Attorneys Association and is Editor of the newsletter Consumer Bankruptcy Law News.

Mr. Hayes has been an Adjunct Professor of Law at the University of LaVerne School of Law, in Woodland Hills (now the University of West Los Angeles) for the past 19 years where he has taught Bankruptcy, Business Organizations, Contracts, Advanced Bankruptcy Issues, Commercial Law, and Taxation. He is on the Faculty Senate of the University of West Los Angeles School of Law. Before that he was on the faculty of Whittier School of Law for four years.

Mr. Hayes is the author of two books entitled, "Melvyn 'Deacon' Jones: My 40 years with the Blues Legends," privately published in 2004, and "Bankruptcy Jurisprudence from the Supreme Court," published in 2009.

Mr. Hayes writes a monthly column, "Judicial Profiles" for the San Fernando Valley Bar Association magazine, "Bar Notes," on judges in the San Fernando Valley. He maintains a blog at www.lawprofessorblogs.com hosted by West Law. He is married and has four children. He has lived in Northridge for 24 years.

A-2

# Law Offices of
# M. Jonathan Hayes

9700 Reseda Blvd., Suite 201
Northridge, CA 91324

*tel:* 818.882-5600
*fax:* 818.882-5610

M. Jonathan Hayes
Jhayes@polarisnet.net

July 9, 2009

Lenny Dykstra
1072 Newbern Court
Westlake Village, CA 91361

      Re:    Engagement Agreement
                Chapter 11 filing
                Case No. 2:09-bk-23597-RN

Dear Lenny,

      This letter confirms the agreement of this firm to perform bankruptcy services for you. This letter, when reviewed and executed by you, shall constitute conclusive evidence of the agreement between yourselves and the firm concerning our representation of you in the upcoming bankruptcy case. I do not represent any of your LLCs, corporations or other entities generally, in this bankruptcy case or in any other case.

      I will represent you in your Chapter 11 bankruptcy which was filed on July 7, 2009. I will render such ordinary and necessary legal services as may be required in connection with the case under Chapter 11 of the Bankruptcy Code in the Central District of California. The services include preparing and reviewing the bankruptcy schedules and pleadings to be filed; advising you with respect to matters concerning executory contracts and leases, creditors' claims and the negotiation, preparation and confirmation of a Plan of Reorganization; assisting you in the preparation of a Plan of Reorganization; appearing at meetings of creditors; representing you in litigation in the Bankruptcy Court, limited to bankruptcy law issues, including defending you from relief from stay motions; and otherwise advising you regarding your legal rights and responsibilities under the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

      As you are aware, the firm limits its practice generally to insolvency and reorganization matters. Our employment as your reorganization counsel does not include appearances before any court or agency other than the Bankruptcy Court and the Office of the United States Trustee; litigation in any court, including the Bankruptcy Court with respect to matters that are, in the main, disputes involving issues of non-bankruptcy law; or the provision of advice outside of the

B-1

insolvency area, such as taxation, torts, environmental, labor, criminal, insurance, construction or real estate law. I strongly recommend that you employ a tax professional in order to advise you concerning the tax issues, debt forgiveness and the tax consequences of confirmation of a Plan of Reorganization generally.

My billing rate for this matter will be $385 per hour. You have not paid me a retainer to date however you have agreed to pay me a post-petition retainer of $-0,000.00 which will be deposited into my client trust account. The source of those funds will be the settlement checks from the FFIC claims or such other funds as you can raise quickly. You paid me the $1,039 filing fee from a bank account in the name of TPC Operations, LLC. I intend to draw down on the retainer pursuant to the rules of the US Trustee's Office. I will seek approval of my fees every four months as is allowed by the rules although the first request may be sooner than four months. Due to the uncertainty regarding the nature, extent and outcome of the matters in which we will represent you, we cannot predict the total amount of fees and expenses to be incurred, nor can we give you any assurance regarding the outcome of this engagement.

This agreement covers my representation of you in your capacity as a debtor-in-possession only. If the case is converted to a Chapter 7 or dismissed, I will continue to represent you, however, a new fee arrangement will have to be entered into.

I will provide you with monthly reports detailing our services or as hereafter otherwise agreed. On each bill, I will give you specific details of the services rendered as well as the amount of time expended in providing these services. I agree to discuss with you in advance, where practicable, legal services to be performed on your behalf to determine with you the most efficient way to perform such service.

You may discharge me as your bankruptcy counsel at any time. The firm may withdraw at any time with your consent or for good cause shown without your consent. Good cause includes, but is not limited to, your breach of this agreement, your refusal or failure to cooperate with the firm or any fact or circumstances that would render the firm's continuing representation unlawful or unethical. Nothing contained herein shall prevent the firm from making any appropriate motion to such court to withdraw as counsel should the firm in its legal or business judgment determine that to be necessary or appropriate.

The laws of the State of California shall govern the validity, construction, enforcement and interpretation of this agreement. This engagement letter may only be amended in writing. Should litigation be required regarding the terms of this agreement, the successful party shall be entitled to receive attorneys fees and costs.

B-2

Lenny Dykstra
July 9, 2009
Page 3


If this letter accurately sets forth our understanding, please sign this letter and return it to me by fax and then mail the original back to me. Please advise me if you have any questions or comments about this retention letter. As always, please do not hesitate to contact me if you have any questions with respect to any of these matters.

                                    Very truly yours,

                                    /s/ M. Jonathan Hayes

                                    M. Jonathan Hayes

AGREED AND ACCEPTED

*[signature: Lenny Dykstra]*
by: Lenny Dykstra

B-3

M. Jonathan Hayes (Bar No. 90388)
**Law Office M. Jonathan Hayes**
9700 Reseda Blvd. Suite 201
Northridge, California 91324
Telephone: (818) 882-5600
Facsimile: (818) 882-5610
jhayes@polarisnet.net

Attorney for Debtor
Lenny K. Dykstra

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>LENNY KYLE DYKSTRA,<br><br>Debtors. | CASE NO.: 1:09-bk-18409-GM<br><br>Chapter 11<br><br>**NOTICE OF FILING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY M. JONATHAN HAYES AS HIS GENERAL BANKRUPTCY COUNSEL**<br><br>(No Hearing Required) |

TO THE CREDITORS AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Lenny Kyle Dykstra (the "Debtor"), has filed his application for an order authorizing him to employ the firm of M. Jonathan Hayes as his bankruptcy counsel. In compliance with Local Bankruptcy Rule 2014-1(2)(b), Applicant hereby provides the following information regarding the application:

1. <u>Identification of the Professional and Purpose and Scope of Employment</u>

M. Jonathan Hayes ("Hayes") will advise the Debtor with respect to his duties and powers in this case, assist the Debtor regarding his conduct, assets, liabilities, and financial

1

Notice of Filing Application to Employ M. Jonathan Hayes
As Counsel for the Debtor

C-1

condition, the operation of the Debtor's business, and other matters relevant to the case, to formulate and propose a plan of reorganization and disclosure statement, obtain plan confirmation and to perform such other legal services as may be required and as are in the interest of the Debtor.

Hayes has no connection with the Debtor or any related or affiliated entity. Hayes has not in the past represented and at this time has no plans to represent any related debtors, principles or insiders. To the best of Hayes's knowledge, he has no relationship or connection with the Debtor, his creditors or other parties in interest or his respective attorneys or accountants.

2.  Payment of Pre-Petition Retainer

The Debtor did not pay a prepetition retainer. The Debtor gave Hayes a check for $1,039 on an account TPC Operations, LLC to cover the filing fee. Hayes will bill the Debtor at $385.00 per hour.

3.  Procedure for Obtaining Copy of Application

A copy of the application may be obtained upon written request by contacting M. Jonathan Hayes, 9700 Reseda Blvd., Suite 201, Northridge, CA 91324, (818) 882-5600, email jhayes@polarisnet.net.

4.  Procedure for Objecting to Application and Requesting Hearing

In the event that a party desires to respond to or object to this Application, any response or objection must be in compliance with the following:

Each interested party responding to the application shall, within fifteen (15) days from the date of service of this notice, file with the Clerk of the Court and serve upon the Debtor at the address that appears in the upper left-hand corner of this notice, and the Office of the United States Trustee at Office of the U.S. Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367, (818) 716-8800 (818) 716-1576 (fax) either: (i) a brief, but complete written statement of all reasons and opposition thereto or in support or joinder thereof, an answering memorandum of points and authorities,

LAW OFFICES
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

2
Notice of Filing Application to Employ M. Jonathan Hayes
As Counsel for the Debtor

C-2

declarations and evidence on which the responding party intends to rely; or (ii) a written statement that the application will not be opposed.

PLEASE TAKE FURTHER NOTICE that papers not timely filed and served may be deemed by the Court to be consent to the granting of the application.

Dated: July 20, 2009

/s/ M. Jonathan Hayes
M. Jonathan Hayes,
Attorney for Debtor in Possession

LAW OFFICES
M. Jonathan Hayes
1700 Reseda Blvd. Suite 201
Northridge, CA 91324

3
Notice of Filing Application to Employ M. Jonathan Hayes
As Counsel for the Debtor

C-3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9700 Reseda Blvd., Ste 201, Northridge, CA 91324.

The foregoing document described as **NOTICE OF FILING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY M. JONATHAN HAYES AS HIS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/20/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- M Jonathan Hayes    jhayes@polarisnet.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- S Margaux Ross    margaux.ross@usdoj.gov
- I Bruce Speiser    bspeiser@pircher.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **7/20/09**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thiseof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge hise constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Geraldine Mund
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

Shawn M Robinson
Lounsbery Ferguson Altona & Peak
960 Canterbury Pl Ste 300
Escondido, CA 92025

Richard P Towne
3625 Thousand Oaks Blvd Ste 267
Westlake Village, CA 91362

XXX   Service information continued on attached page

---

4

Notice of Filing Application to Employ M. Jonathan Hayes
As Counsel for the Debtor

C-4

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on --/**09** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge hise constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/20//09 | MJ Hayes | /s/ MJ Hayes |
|---|---|---|
| Date | Type Name | Signature |

LAW OFFICES
M. Jonathan Hayes
1700 Reseda Blvd. Suite 201
Northridge, CA 91324

5
Notice of Filing Application to Employ M. Jonathan Hayes
As Counsel for the Debtor

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9700 Reseda Blvd., Ste 201, Northridge, CA 91324.

The foregoing document described as **APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY M. JONATHAN HAYES AS HIS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF M. JONATHAN HAYES IN SUPPORT THISEOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/20/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- M Jonathan Hayes    jhayes@polarisnet.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- S Margaux Ross    margaux.ross@usdoj.gov
- I Bruce Speiser    bspeiser@pircher.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **7/20/09**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thiseof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge hise constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Geraldine Mund
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

Shawn M Robinson
Lounsbery Ferguson Altona & Peak
960 Canterbury Pl Ste 300
Escondido, CA 92025

Richard P Towne
3625 Thousand Oaks Blvd Ste 267
Westlake Village, CA 91362

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5

9

Application to Employ M. Jonathan Hayes
As Counsel for the Debtor

C-6

and/or controlling LBR, on --/09 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge hise constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/20//09 | MJ Hayes | /s/ MJ Hayes |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

LAW OFFICES
M. Jonathan Hayes
9700 Reseda Blvd. Suite 201
Northridge, CA 91324

Application to Employ M. Jonathan Hayes
As Counsel for the Debtor

C-7