I. BRUCE SPEISER (California Bar No. 60041)
PIRCHER, NICHOLS & MEEKS
1925 Century Park East, Suite 1700
Los Angeles, California  90067-2512
Telephone:  (310) 201-8900
Facsimile:  (310) 201-8922
E-Mail:  bspeiser@pircher.com

Attorneys for Index Investors, LLC

FILED & ENTERED

SEP 08 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY espino     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>LENNY KYLE DYKSTRA,<br><br>Debtor. | Case No.   09-18409-GM<br><br>CHAPTER 11<br><br>**ORDER GRANTING MOTIONS TO APPOINT CHAPTER 11 TRUSTEE**<br><br>**Pursuant to proceedings of:**<br>**August 11 and September 1, 2009** |

The Court having read and considered the evidence, pleadings and argument in support of, and in opposition to, the "Emergency Motion Of Creditor Index Investors For (1) Appointment Of Chapter 11 Trustee, Or, In The Alternative, (2) Conversion Of Case To Chapter 7" [Docket No. 32] and the "United States Trustee's Request for Appointment of a Chapter 11 Trustee Pursuant to §1104(e), Or, In The Alternative Conversion of the Case" [Docket No. 39], and for reasons stated on the record, the Office of the United State Trustee is

7248610.2

ordered to appoint a Chapter 11 Trustee in the above-entitled Chapter 11 bankruptcy case of debtor Lenny Kyle Dykstra.

###

DATED: September 8, 2009

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF PROPOSED ORDER

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1925 Century Park East, Suite 1700, Los Angeles, California 90067.

On September 3, 2009, I served the following document(s) described as **[Proposed] Order Granting Motions To Appoint Chapter 11 Trustee** on the interested parties in this action (pursuant to the Court's LOU Rules and LBR 9021-1(b)(3)(A) ) by transmitting it to the individuals identified on the list set forth below:

☒ **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from bspeiser@pircher.com by transmitting a MS-WORD format copy of such document to each such person at the e-mail address listed below their address:

| | |
|---|---|
| M. Jonathan Hayes, Esq.<br>Law Office of M. Jonathan Hayes<br>9700 Reseda Boulevard<br>Suite 201<br>Northridge, CA 91324<br>Telephone: 818-882-5600<br>Facsimile: 818-882-5610<br>Email: jhayes@polaris.net | Attorney for Debtor, Objecting Party under LBR 9021-1(b)(3)(A) |
| S. Margaux Ross, Esq.<br>Office of the United States Trustee<br>21051 Warner Center Lane<br>Suite 115<br>Woodland Hills, CA 91367<br>Telephone: 818-716-8800<br>Email: margaux.ross@usdoi.gov | Attorney for Office of the United States Trustee, Co-Moving Party |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 3, 2009, at Los Angeles, California.

/s/
I. Bruce Speiser

| In re: Lenny Kyle Dykstra | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-18409-GM |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTIONS TO APPOINT CHAPTER 11 TRUSTEE was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September ___, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

> Lenny Kyle Dykstra (jhyes@polarisnet.net)
> U.S. Trustee (kate.bunker@usdoi.gov; ustpregion 16.wh.ecf@usdoi.gov; margaux.ross@usdoi.gov)
> Crystal Air Aviation (glorch@gordonrees.com)
> Terri Dykstra (rptowne@yahoo.com)
> Festus Dada, M.D. (era@lfap.com)
> JP Morgan Chase Bank, N.A. (dln@lnbrb.com)
> Kropp Holdings, Inc. (idk43law@msn.com)
> O'Melveny & Myers LLP (krinehart@omm.com)
> Trend Offset Printing Services, Inc. (llhlaw1631@aol.com)
> United California Bank (Curtis@ivllp.com)
> Jeffrey Krieger (jkrieger@ggfirm.com)
> Charles Shamash (cs@locs.com, generalbox@locs.com)

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

7248610.2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**

| In re: Lenny Kyle Dykstra | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-18409-GM |

American Express
P.O. Box 0001
Los Angeles, CA  90096-0001

Bank of America Credit Cards
1200 E. 27th
Hays, KS  67601

Constant Aviation
5211 Secondary Road
Cleveland, OH  44135

Countrywide/Bank of America Home Loans
450 American St.
Simi Valley, CA  93065

Creel Printing
6330 West Sunset Rd.
Las Vegas, NV  89118

David & Teresa Litt
23901 Calabasas Rd., Ste. 2092
Calabasas, CA  91302

David Vigliano
405 Park Avenue, Ste. 1700
New York, NY  10022

Doubledown Media
36 West 44th St.
New York, NY  10001

FTI Consulting
500 E. Pratt St., Ste. 1400
Baltimore, MD  21202

Global Executive Aviation
c/o Jeffrey D. Kirk
231 Market Place, #371
San Ramon, CA  94583

Halcyon Jets
336 West 37th St., 8th Floor
New York, NY  10018

7248610.2

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9021-1.1**

| In re: Lenny Kyle Dykstra | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-bk-18409-GM |

Hudson Yards
640 West 28th St., #8
New York, NY 10001

K & L Gates
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067

Labor Commissioner, State of CA
Department of Industrial Relations
Div. of Labor Standards Enforcement
411 East Canon Perdido St., Room 3
Santa Barbara. CA 93101

Rockbridge Bank
5607 Glenridge Dr., Ste. 100
Atlanta, GA 30342

Sherwood Country Club
320 W. Stafford Road
Westlake Village, CA 91361

Space 150
212 3rd Ave., #150
Minneapolis, MN 55401

The Private Flight Group
184 Airport Road
Westchester Cnty Airport
West Harrison, NY 10604

United Commercial Bank
555 Montgomery St., 4th Floor
San Francisco, CA 94111

Sherwood Valley Homeowners Association
c/o Alyssa B. Klausner, Esq.
Swedelson & Gottlieb
11900 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064

Wachovia Bank N.A. and BAC Home Loans
Servicing, LP
c/o Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

7248610.2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009  **F 9021-1.1**

| In re: Lenny Kyle Dykstra | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-bk-18409-GM |

Porsche Financial Service Inc. & Porsche
Leasing, Ltd.
c/o Law Offices of Beck & Browning
3828 Carson Street, Suite 100
Torrance, CA 90503

The Carlyle Hotel
35 East 76th Street
New York, NY 10021

☐ Service information continued on attached page

7248610.2

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

**ADDITIONAL SERVICE INFORMATION** (if needed):

7248610.2