**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, No. 130932
Assistant United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
21051 Warner Center Lane, Suite 115
Woodland Hills, California 91367
Telephone: (818) 716-8800; Facsimile (818) 716-1576
Email: jennifer.l.braun@usdoj.gov

FILED & ENTERED

SEP 08 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY espino    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

In re

**LENNY KYLE DYKSTRA,**

Debtor.

Case No. **1:09-bk-18409-GM**

Chapter 11

**APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE AND FIXING BOND; ORDER THEREON**

(No Hearing Required)

The United States Trustee hereby applies to the court pursuant to F.R.B.P. 2007 for an Order Approving the Appointment of Trustee and in support thereof, states:

1. The United States Trustee has appointed Arturo M. Cisneros as Trustee in the above-captioned case.

2. The United States Trustee has consulted with the following parties in interest regarding the appointment of a Chapter 11 trustee: I. Bruce Speiser of Pircher, Nichols & Meeks, counsel for Index Investors; Richard P. Towne, counsel for Terri Dykstra; John-Patrick M. Fritz of Levene, Neale, Bender, Rankin & Brill LLP, counsel for JP Morgan Chase; Lee S. Raphael of Polk Prober Raphael, counsel for BAC Home Loan Servicing LP and Wachovia Bank, N.A.; and M. Jonathan Hayes, counsel for the debtor in possession, Lenny Kyle Dykstra.

3. To the best of the United States Trustee's knowledge, the Chapter 11 Trustee's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee are limited to the connections set forth in the Chapter 11 trustee's verified Statement of Disinterestedness filed by the Chapter 11 Trustee with the court.

WHEREFORE, the United States Trustee requests that the Court enter an Order approving the Appointment of Arturo M. Cisneros as Chapter 11 Trustee in the above-captioned case and fixing the Chapter 11 trustee's bond at $10,000.00.

Dated: September 4, 2009

Respectfully submitted,
PETER C. ANDERSON
United States Trustee

By   /s/ *S. Margaux Ross*
    S. Margaux Ross
    Attorney for the United States Trustee

## **ORDER**

It is so ordered.

###

DATED: September 8, 2009

United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367

The foregoing document described as **APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE AND FIXING BOND; ORDER THEREON** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **Not Applicable**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On September 8, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 8, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

The Honorable G. Mund
U.S. Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 8, 2009 | Gabriel A. Rodriquez | /s/ Gabriel A. Rodriguez |
|---|---|---|
| *Date* | *Type Name* | *Legal Clerk* |

# SERVICE LIST FOR PROOF OF SERVICE

**SERVED BY U.S. MAIL**

Lenny Kyle Dykstra
1072 Newbern Court
Westlake Village, CA 91361

M. Jonathan Hayes
9700 Reseda Blvd., Suite 201
Northridge, CA 91324

Gary Lorch
633 W Fifth St., Suite 4900
Los Angeles, CA 90071

Shawn M Robinson
Lounsbery Ferguson Altona & Peak
960 Canterbury Pl Ste 300
Escondido, CA 92025

Richard P Towne
3625 Thousand Oaks Blvd Ste 267
Westlake Village, CA 91362

John Patrick M. Fritz
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067-6200

Lee S. Raphael
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE AND FIXING BOND; ORDER THEREON**, was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 09/05/09, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

# SERVICE LIST OF ENTERED ORDER

**TO BE SERVED BY ELECTRONIC FILING**

M Jonathan Hayes    jhayes@polarisnet.net
Jeffrey A Krieger    jkrieger@ggfirm.com
Richard W Labowe    llhlaw1631@aol.com
Karen Rinehart    krinehart@omm.com
Charles Shamash    cs@locs.com, generalbox@locs.com
I. Bruce Speiser    bspeiser@pircher.com
S. Margaux Ross – margaux.ross@usdoj.gov

**TO BE SERVED BY U.S. MAIL**

Lenny Kyle Dykstra
1072 Newbern Court
Westlake Village, CA 91361

M. Jonathan Hayes
9700 Reseda Blvd., Suite 201
Northridge, CA 91324

Gary Lorch
633 W Fifth St., Suite 4900
Los Angeles, CA 90071

Shawn M Robinson
Lounsbery Ferguson Altona & Peak
960 Canterbury Pl Ste 300
Escondido, CA 92025

Richard P Towne
3625 Thousand Oaks Blvd Ste 267
Westlake Village, CA 91362

John Patrick M. Fritz
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067-6200

Lee S. Raphael
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364