**CD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

Henry H. Oh (CA SBN 187127)
Jacquelyn H. Choi (CA SBN 211560)
DLA Piper LLP (US)
550 South Hope Street, Suite 2300, Los Angeles, CA 90071
TELEPHONE NO.: 213.330.7700          FAX NO. *(Optional)* 213.330.7701
E-MAIL ADDRESS *(Optional):* jacquelyn.choi@dlapiper.com
ATTORNEY FOR *(Name):* Avantair, Inc.

**UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 20141 Burbank Boulevard
MAILING ADDRESS:
CITY AND ZIP CODE: Woodland Hills, CA 91367
BRANCH NAME:

In re Lenny Kyle Dykstra

| APPLICATION FOR WRIT OF POSSESSION ☒ AFTER HEARING<br>☐ EX PARTE ☐ AND FOR TEMPORARY RESTRAINING | CASE NUMBER:<br>1:09-18409-GM<br>Date: February 3, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 303 |
|---|---|

1. Plaintiff* has filed a complaint and makes claim for delivery of property in the possession of the defendant named in b.

   a. Plaintiff *(name):* N/A

   b. Defendant *(name):* N/A

2. Avantair, Inc. applies for *(check all that apply):*

   a. ☒  Writ of possession after hearing (Code Civ. Proc, (C.C.P.), § 512.010).

   b. ☐  Ex parte writ of possession (C.C.P., § 512.020). *(File Declaration for Ex Parte Writ of Possession, form CD-180.)*

   c. ☐  Temporary restraining order (C.C.P., § 513.010). *(File Application for Temporary Restraining Order, form CD-190.)*

3. The basis of the plaintiff's claim and right to possession of the claimed property is specified in ☐ a written document,
   a copy of which is attached. ☐ the verified complaint ☒ the attached declaration. ☒ the following facts *(specify):*
   On December 14, 2009, this Court entered an Order Granting Stipulation (1) Rejecting Lease With Avantair, Inc., and
   (2) Granting Relief From The Automatic Stay (the "Order").  Pursuant to the Order, the Subleases (as defined in the
   Stipulation), were deemed rejected under 11 U.S.C. § 365(d)(4), requiring the "immediate surrender" of the leased
   premises.  Despite the Sublessor's written demands, the Debtor has failed to vacate and surrender possession of the
   leased premises in connection with the Subleases.

4. Claimed property *(Describe, state value, and further identify any property that is a farm product (Code Civ. Proc., § 511.040)
   or inventory held for sale or lease (Code Civ. Proc., § 511.050)):*
   N/A

   ☐  Continued on Attachment 4.

   * "Plaintiff" includes cross-complainant, "defendant" includes cross-defendant, and "complaint" includes cross-complaint.

Form Adopted for Mandatory Use
Judicial Council of California
CD-100 [Rev. January 1, 2006]

**APPLICATION FOR WRIT OF POSSESSION**

Code Civ. Proc. § 512.010
www.courtinfo.ca.gov
WEST21851895.1

American LegalNet, Inc.
www.USCourtForms.com

**CD-100**

| In re Lenny Kyle Dykstra | CASE NUMBER: |
|---|---|
| | 1:09-18409-GM |

5. A showing that the claimed property is wrongfully detained by debtor, of how the debtor came into possession of the claimed property, and, according to Avantair, Inc.'s best knowledge, information, and belief, of the reason for the debtor's detention of the claimed property, is made ☐ in the verified complaint. ☒ in the attached declaration. ☐ as follows *(specify)*:

6. To Avantair, Inc.'s best knowledge, information, and belief the claimed property or some part of it is located as stated ☐ in the verified complaint. ☒ in the attached declaration. ☐ as follows (specify):
*(Include in this statement whether any part of the claimed property is within a private place that may have to be entered to take possession. If so, complete item 7.)*

7. ☒ Facts showing probable cause for belief that the claimed property or some part of it is located in the private place referred to in item 6 are specified ☐ in the verified complaint. ☒ in the attached declaration. ☐ as follows:

8. The claimed property has not been taken for a tax, assessment, or fine, pursuant to statute, and *(check one)*:
   a. ☒ has not been seized under an execution against the plaintiff's property,
   b. ☐ has been seized under an execution against the plaintiff's property, but is exempt from such seizure under *(code section):*

9. ☐ This action is subject to the ☐ Unruh Retail Installment Sales Act (Civ. Code, §§ 1801-1812.10);
   ☐ Rees-Levering Motor Vehicle Sales and Finance Act (Civ. Code, §§ 2981-2984.4).
   Facts showing that this is the proper court are specified in the ☐ verified complaint. ☐ attached declaration.

10. Total number of pages attached: _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:    January 5, 2010

Jacquelyn H. Choi
_____
(TYPE OR PRINT NAME)

▶    /s/ Jacquelyn H. Choi
_____
(PLAINTIFF'S SIGNATURE)

CD-100 [Rev. January 1, 2006]
WEST\21851895.1

**APPLICATION FOR WRIT OF POSSESSION**

American LegalNet, Inc.
www.USCourtForms.com

1    HENRY H. OH (Bar No. CA 187127)
henry.oh@dlapiper.com
2    JACQUELYN H. CHOI (Bar No. CA 211560)
jacquelyn.choi@dlapiper.com
3    **DLA PIPER LLP (US)**
550 South Hope Street, Suite 2300
4    Los Angeles, CA  90071-2678
Tel:  213.330.7700
5    Fax:  213.330.7701

6    Attorneys for Avantair, Inc.

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   In re                                    Case No.  1:09-18409-GM

12   LENNY KYLE DYKSTRA,                       Chapter 7

13          Debtor.

14                                             **MEMORANDUM OF POINTS AND
                                               AUTHORITIES IN SUPPORT OF
15                                             APPLICATION FOR WRIT OF
                                               POSSESSION**

16                                             **Hearing:**
                                               Date:     February 3, 2010
17                                             Time:     10:00 a.m.
                                               Place:    Courtroom 303
18                                                       20141 Burbank Boulevard
                                                         Woodland Hills, California 91367
19

20   **TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY**

21   **JUDGE, AND ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:**

22          Avantair, Inc. (the "Sublessor") hereby submits its *Memorandum of Points and*

23   *Authorities in Support of Application for Writ of Possession* (the "Application"), as follows:

     **I.    STATEMENT OF FACTS**

24          A.    On July 7, 2009 ("Petition Date"), Lenny Kyle Dykstra (the "Debtor") filed a

25   voluntary petition under chapter 11 of Title 11 of the United States Code.  On November 20,

26   2009, this case was converted to a case under chapter 7 of Title 11 of the United States Code.

27          B.    Prior to the Petition Date, the Debtor and the Sublessor entered into two separate

28

leases, as follows:

(i)    that certain Office Sub-Lease dated as of September 15, 2008 for the premises located at 575 Aviation Drive, Second Floor, Camarillo, California (the "Office Space"), as amended from time to time (as amended, the "Office Sublease"); and

(ii)    that certain Hangar Space Sublease Agreement dated as of September 15, 2008 for certain space located at 575 Aviation Drive, Camarillo, California (the "Hangar Space") (the "Hangar Sublease").  The Office Sublease and the Hangar Sublease are hereinafter collectively referred to as the "Subleases".

C.    On November 19, 2009 (and more than 120 days after the Petition Date), Arturos M. Cisneros ("Trustee"), the appointed chapter 7 trustee and the Sublessor (collectively, the "Parties"), by and through their attorneys of record, entered into a Stipulation: (1) Rejecting Lease with Avantair, Inc.; and (2) Granting Relief from the Automatic Stay (the "Stipulation") (Docket No. 127).[1]  Pursuant to the terms of the Stipulation, the Parties agreed that the Subleases would be deemed rejected effective immediately.

D.    On December 14, 2009, this Court entered an Order Granting Stipulation (1) Rejecting Lease With Avantair, Inc.; and (2) Granting Relief From The Automatic Stay (the "Order").[2]  Pursuant to the Order, the Subleases were deemed rejected under 11 U.S.C. § 365(d)(4), requiring the "immediate surrender" of the premises.  In addition, the Sublessor was granted relief from the automatic stay under 11 U.S.C. § 362.

E.    The Debtor has failed to pay any rent since the inception of the Subleases.  *See* Declaration of Lili Dellinger (the "Dellinger Decl.") ¶ 5.

F.    Despite the Sublessor's written demands on the Debtor to immediately vacate and surrender possession of the premises, the Debtor has refused to timely vacate, surrender or deliver possession of the office premises to the Sublessor.  Dellinger Decl. ¶ 6.

G.    In fact, the Debtor proceeded to move in ***additional*** personal belongings and other items to the office premises.  The Debtor also advised the Sublessor that he would not be willing

---

[1]  *See* Docket No. 127.
[2]  *See* Docket No. 158.

1    to leave the office space unless and until he was escorted out by the sheriff's department.

2    Dellinger Decl. ¶ 7.

3          H.       It is imperative that the Sublessor be permitted to immediately recover possession

4    of the subleased premises to halt the ongoing damage caused by the Debtor's continuous

5    possession of the premises, his material breach of the terms and conditions of the Subleases, and

6    to prevent further damage that continues to be incurred by the Sublessor as a result of the

7    Debtor's wrongful actions.

8    **II.    LEGAL ARGUMENT**

9          Rule 7064-1 of the Local Bankruptcy Rules for the Central District of California ("LBR"),

10   governs the Court's issuance of a writ of possession and provides in material part, that:

11          (a)    Issuance of Writ.  A writ or other process issued for the
12          seizure of persons or property pursuant to F.R.Civ.P. 64, 69, or 70
             must be issued, attested, signed, and sealed as required for writs
13          issued out of this court.

14          * * *
15          (c)    Process Requiring Entry Upon Premises.

16          (1)    An order of court requiring entry upon private premises
             without notice must be executed by the United States Marshal, a
17          state or local law enforcement officer authorized by state law, or a
             private person specifically appointed by the court for that purpose
18          pursuant to an application and order.

19          * * *

20   LBR 7064-1.

21         Furthermore, Rule 7064-1(d) provides that any eviction to be made pursuant to a writ of

22   possession issued by the Court under 11 U.S.C. § 365(d)(4) must be effectuated by a state or local

23   law enforcement officer, as follows:

24          (d)    Eviction.  Any eviction to be made pursuant to a writ of
25          possession issued by the court pursuant to 11 U.S.C. § 365(d)(4)
             must be effected by a state or local law enforcement office
26          authorized by state law to execute such writs issued under state
             law, unless otherwise ordered by the court.
27
28   LBR 7064-1.

1    In addition, section 365(d)(4) of the Bankruptcy Code provides that an unexpired lease

2    shall be "deemed rejected" and requires an "immediate" surrender in the event the lease is not

3    assumed or rejected during the time prescribed under the statute, as follows:[3]

4

5        [A]n unexpired lease of nonresidential real property under
         which the debtor is the lessee shall be deemed rejected, and the
6        trustee shall ***immediately surrender*** that nonresidential real
         property to the lessor, if the trustee does not assume or reject
7        the unexpired lease by the earlier of –
         (i)    the date that is 120 days after the date of the order for
8        relief; or
         (ii)    the date of the entry of an order confirming a plan.
9
10   11 U.S.C. § 365(d)(4) (emphasis added).

11       Here, not only were the Subleases deemed rejected by operation of law as a result of the

12   Trustee's failure to assume the Subleases under section 365(d)(4), this Court entered an Order

13   approving the terms of the Stipulation rejecting both Subleases effective upon entry of the Order.

14       The Ninth Circuit has made clear that section 365(d)(4) of the Bankruptcy Code

15   authorizes a bankruptcy court to compel surrender of possession of the property after rejection of

16   a lease and that the bankruptcy court itself may issue orders to effect an immediate surrender of

17   possession by the bankrupt lessee without recourse to state law. *See Elm Inn, Inc. (In re Elm Inn,*

18   *Inc.),* 942 F.2d 630 (9th Cir. 1991) (the "language and  legislative history of section 365(d)(4)

19   demonstrate that Congress did not intend for creditors to pursue state-law remedies and that

20   requiring creditors to pursue such remedies would frustrate the statute's purpose"); *see also,*

21   *John George v. County of San Luis Obispo,* 78 Cal. App. 4th 1048, 1052 (2000), citing, *Alvarado*

22   *v. Walsh (In re LCO Enterprises),* 12 F.3d 938 (9th Cir. 1993).

23       In *Elm Inn*, the lessors filed an application for entry of an order for surrender of the leased

24   premises upon rejection of the lease.  942 F.2d at 632-33.  The Ninth Circuit determined that

25   "[b]y operation of law, the debtor's possessory interest in the lease terminated on [the date of

26   rejection], and the lessor's right to immediate surrender of the property simultaneously accrued".

27   *Id.* at 633.  The Ninth Circuit also determined that it possessed equitable powers under section

28

---

[3]  Since this case was not converted to chapter 7 until November 20, 2009, section 365(d)(4) governs the time limits
within which to assume or reject an unexpired lease as opposed to section 365(d)(1) of the Bankruptcy Code.

1   105(a) of the Bankruptcy Code to "issue any order, process, or judgment" to carry out the

2   provisions of this title.

3         Moreover, in the case of *John George v. County of San Luis Obispo,* the sheriff evicted

4   the plaintiff from certain property pursuant to an order and writ of possession issued by the

5   bankruptcy court. 78 Cal. App. 4th at 1050.  The plaintiff appealed from a summary judgment

6   entered in favor of the county contending that the sheriff was liable for wrongful eviction and for

7   violating their due process rights in connection with the execution of the order and writ issued by

8   the bankruptcy court. *Id.*  The court concluded that the sheriff, acting pursuant to the order and

9   writ of possession, was issued by a court of competent jurisdiction, and was therefore immune

10  from liability. *Id.* at 1055.

11        In the circumstances presented here, there is ample justification for the Court's issuance of

12  a writ of possession, or alternatively, an order granting the Sublessor's request for the Debtor's

13  immediate surrender of the leased premises.  As set forth above, by way of the parties'

14  Stipulation, the Subleases (including the office sublease) were deemed rejected effective

15  immediately upon entry of the Court's order dated as of December 14, 2009.  Moreover, for the

16  reasons articulated herein, it is imperative that the Sublessor be permitted to curb the ongoing

17  damage caused by the Debtor's wrongful and illegal actions.

18  **III.   <u>CONCLUSION</u>**

19        WHEREFORE, the Sublessor respectfully requests that the Court enter an order: (1)

20  granting the relief sought in the Application in its entirety; (2) authorizing the Sublessor to issue a

21  writ of execution to the state or local law enforcement officer; and (3) granting such other and

22  further relief as the Court deems just and proper.

23

24  Dated:  January 5, 2010           **DLA PIPER LLP (US)**

25                                    By:___/s/ Jacquelyn H. Choi_____
                                           HENRY H. OH
26                                         JACQUELYN H. CHOI

27                                    Counsel for Avantair, Inc.

28

1    HENRY H. OH (Bar No. CA 187127)
henry.oh@dlapiper.com

2    JACQUELYN H. CHOI (Bar No. CA 211560)
jacquelyn.choi@dlapiper.com

3    **DLA PIPER LLP (US)**
550 South Hope Street, Suite 2300

4    Los Angeles, CA  90071-2678
Tel:  213.330.7700

5    Fax:  213.330.7701

6    Attorneys for Avantair, Inc.

7

8              UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| In re | Case No.  1:09-18409-GM |
| LENNY KYLE DYKSTRA, | Chapter 7 |
| Debtor. | **DECLARATION OF LILI DELLINGER IN SUPPORT OF APPLICATION FOR WRIT OF POSSESSION** |
| | **Hearing:**<br>Date:     February 3, 2010<br>Time:    10:00 a.m.<br>Place:   Courtroom 302<br>          20141 Burbank Boulevard<br>          Woodland Hills, California 91367 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### DECLARATION OF LILI DELLINGER

I, Lili Dellinger, declare as follows:

1.       I am a customer service manager for Avantair, Inc. ("Sublessor"). I am familiar with the matters set forth herein based on my personal knowledge and review of the books and records of the Sublessor.

2.       I submit this declaration in support of the Application For Writ Of Possession (the "Application").

3.       On November 19, 2009, Arturos M. Cisneros ("Trustee"), the appointed chapter 7 trustee and the Sublessor (collectively, the "Parties"), by and through their attorneys of record, entered into a Stipulation: (1) Rejecting Lease with Avantair, Inc.; and (2) Granting Relief from the Automatic Stay (the "Stipulation"). Pursuant to the terms of the Stipulation, the Parties agreed that the Subleases would be deemed rejected effective immediately.

4.       Attached hereto as Exhibit "A" is an Order Granting Stipulation (1) Rejecting Lease With Avantair, Inc.; and (2) Granting Relief From The Automatic Stay (the "Order") entered by the Court on December 14, 2009.

5.       The Debtor has failed to pay any rent since the inception of the Subleases in connection with the office space located at 575 Aviation Drive, Second Floor, Camarillo, California 93010.

6.       Despite the Sublessor's written demands on the Debtor to immediately vacate and surrender possession of the premises following the entry of the Order, the Debtor has refused to timely vacate, surrender or deliver possession of the office premises to the Sublessor.

7.       In fact, the Debtor proceeded to move in ***__additional__*** personal belongings and other items to the office premises. Furthermore, despite the rejection of the office sublease, the Debtor advised me that he would not be willing to leave the premises unless and until he was escorted out by the sheriff's department.

8.       I believe that good cause exists for the Court to enter an order issuing the writ of possession on an emergency basis because immediate action is necessary to require the Debtor to vacate the subleased premises and to prevent further damage that continues to be incurred by the

1  Sublessor as a result of the Debtor's wrongful actions.

2      9.    I declare under penalty of perjury that the foregoing is true and correct. Executed

3  this 10th day of December, 2009, at *Camarillo*, California.

4

5  _Lili Dellinger_
   Lili Dellinger

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

FILED & ENTERED

DEC 14 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

1   ROBERT J. ODSON (Bar No. CA 162506)
    robert.odson@dlapiper.com
2   JACQUELYN H. CHOI (Bar No. CA 211560)
    jacquelyn.choi@dlapiper.com
3   **DLA PIPER LLP (US)**
    550 South Hope Street, Suite 2300
4   Los Angeles, CA  90071-2678
    Tel:  213.330.7700
5   Fax:  213.330.7701

6   Attorneys for Avantair, Inc.

7

8               UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10
    In re                                  Case No.  1:09-18409-GM
11
    LENNY KYLE DYKSTRA,                     Chapter 11
12
                 Debtor.                    **ORDER GRANTING STIPULATION
13                                          (1) REJECTING LEASE WITH
                                            AVANTAIR, INC.; AND (2) GRANTING
14                                          RELIEF FROM THE AUTOMATIC STAY**

15                                          [No Hearing Required]

16

17          The Court having reviewed and considered the *Stipulation (1) Rejecting Lease with*

18   *Avantair, Inc.; and (2) Granting Relief from the Automatic Stay* (the "Stipulation") entered into

19   by and between Lenny Kyle Dykstra, the debtor (the "Debtor") in the above-referenced case and

20   Avantair, Inc. (the "Landlord"), and good cause has been shown:

21          IT IS HEREBY ORDERED that:

22          1.      The Stipulation is hereby approved;

23          2.      The Office Sublease and Hangar Sublease are hereby deemed rejected from the

24   Debtor's bankruptcy estate pursuant to 11 U.S.C. § 365 in accordance with the terms of the

25   Stipulation;

26          3.      Nothing contained in the Stipulation shall operate as a waiver of the Landlord's

27   right to file a proof of claim (or additional proofs of claim) or a motion seeking allowance and

28   payment of an administrative expense claim arising under 11 U.S.C. § 503;

4.      The terms of the Stipulation shall be binding upon the successors and assigns of the Debtor and shall be binding upon any chapter 7 trustee in the event this bankruptcy proceeding is converted to chapter 7;

5.      Nothing contained in the Stipulation shall operate as a waiver of any causes of action or affirmative defenses against Landlord, including any rights to object to the amount or priority of any claims asserted against the Estate and/or the Trustee's ability to limit that amount of the claim pursuant to applicable Bankruptcy law;

6.      The Landlord shall file an (amended) proof of claim within 30 days upon the Bankruptcy Court's entry of this order.

#        #        #

DATED: December 14, 2009

_____
United States Bankruptcy Judge

DLA Piper LLP (US)
Los Angeles

In re Lenny Kyle Dykstra
Case No. 1:09-18409-GM

-2-

WEST\21830105.2

12

Exhibit "A"

| In re:<br>LENNY KYLE DYKSTRA<br><br>                                                        Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:09-18409-GM |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 550 S. Hope Street, Suite 2300, Los Angeles, CA 90071

A true and correct copy of the foregoing document described <u>STIPULATION (1) REJECTING LEASE WITH AVANTAIR, INC.; AND (2) GRANTING RELIEF FROM THE AUTOMATIC STAY</u>   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On __November 20, 2009_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/20/09 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

Exhibit "A"

| In re:<br>LENNY KYLE DYKSTRA<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 1:09-18409-GM |
|---|---|

## II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

| | | |
|---|---|---|
| **Debtor, In Pro Per**<br>Lenny Kyle Dykstra<br>575 Aviation Drive<br>Camarillo, CA 93010 | **Chapter 11 Trustee**<br>Arturo Cisneros<br>3403 Tenth Street, Suite 711<br>Riverside, CA 92501 | **Counsel for Chapter 11 Trustee**<br>Robert E. Huttenhoff, Esq.<br>Shulman Hodges & Bastian LLP<br>26632 Towne Centre Drive, #300<br>Foothill Ranch, CA 92610-2808 |
| **U.S. Trustee**<br>Katherine Bunker<br>S. Margaux Ross<br>Office of the U.S. Trustee<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367 | **RSN – Counsel for Index Investors**<br>I. Bruce Speiser, Esq.<br>Pircher, Nichols & Meeks<br>1925 Century Park East, 17th Floor<br>Los Angeles, CA 90067 | **RSN – Counsel for Festus Dada, M.D.**<br>Shawn M. Robinson, Esq.<br>Lounsbery Ferguson Altona & Peak LLP<br>960 Canterbury Place, #300<br>Escondido, CA 92025 |
| **RSN – Counsel for Crystal Air Aviation**<br>Gary J. Lorch, Esq.<br>Gordon & Rees LLP<br>633 West Fifth Street, Suite 4900<br>Los Angeles, CA 90071 | **RSN**<br>Ben H. Logan, Esq.<br>Karen Rinehart, Esq.<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899 | **RSN – Counsel for Trend Offset Printing Services, Inc.**<br>Richard W. Labowe, Esq.<br>Labowe, Labowe & Hoffman, LLP<br>1631 West Beverly Blvd., 2nd Floor<br>Los Angeles, CA 90026-5746 |
| **RSN – Counsel for The Carlyle**<br>Joseph S. Rosenthal<br>600 Madison Avenue, 11th Floor<br>New York, NY 10022 | **RSN – Counsel for JP Morgan Chase Bank, N.A.**<br>David L. Neale, Esq.<br>Levene, Neale, Bender, Rankin & Brill<br>10250 Constellation Blvd., #1700<br>Los Angeles, CA 90067 | **RSN – Counsel for Sherwood Valley Homeowners Association**<br>Alyssa B. Klausner, Esq.<br>Swedelson & Gottlieb<br>11900 W. Olympic Blvd., Suite 700<br>Los Angeles, CA 90064 |
| **RSN – Counsel for Mark Maolone, Miles Malone, Bruce Caton, Richard Higgins and Dennis Turville**<br>Richard L. Knickerbocker, Esq.<br>Knickerbocker Law Corporation, PC<br>100 Wilshire Boulevard, Suite 950<br>Santa Monica, CA 90401 | **RSN – Ben Jewelry, Inc.**<br>Michael F. Frank<br>9901 Durant Drive, Suite H<br>Beverly Hills, CA 90212 | **RSN – Counsel for BSI, LLC**<br>Robert E. Darby<br>Andrea M. Valdez<br>Fulbright & Jaworski LLP<br>555 S. Flower Street, Suite 4100<br>Los Angeles, CA 90071 |
| **Secured Creditor** | | |

## II. **SERVED BY OVERNIGHT MAIL**

The Honorable Geraldine Mund
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367-6606

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

14

F 9013-3.1

Exhibit "A"

| In re:<br><br>LENNY KYLE DYKSTRA<br><br>Debtor(s). | CHAPTER:  11<br><br>CASE NUMBER: 1:09-18409-GM |
| --- | --- |

<u>**NOTE TO USERS OF THIS FORM**</u>:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER GRANTING STIPULATION (1) REJECTING LEASE WITH AVANTAIR, INC.; AND (2) GRANTING RELIEF FROM THE AUTOMATIC STAY was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____November 20, 2009_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒  Service information continued on attached page

**II.  <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒  Service information continued on attached page

**III.  <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

Exhibit "A"

| | |
|---|---|
| In re:<br>LENNY KYLE DYKSTRA | CHAPTER:  11 |
| Debtor(s). | CASE NUMBER: 1:09-18409-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Robert W Beck      robert.beck@beckandbrowning.com
- Arturo Cisneros      amctrustee@mclaw.org, acisneros@ecf.epiqsystems.com
- Michael F Frank      mfrankatty@aol.com
- M Jonathan Hayes      jhayes@polarisnet.net
- Robert E Huttenhoff      rhuttenhoff@shbllp.com
- Jeffrey D Kirk      jdk43law@msn.com
- Alyssa B Klausner      abk@sghoalaw.com
- Jeffrey A Krieger      jkrieger@ggfirm.com
- Richard W Labowe      llhlaw1631@aol.com
- David F Makkabi      cmartin@pprlaw.net
- David L. Neale      dln@lnbrb.com
- Cassandra J Richey      cmartin@pprlaw.net
- Karen Rinehart      krinehart@omm.com
- S Margaux Ross      margaux.ross@usdoj.gov
- Charles Shamash      cs@locs.com, generalbox@locs.com
- Leonard M Shulman      lshulman@shbllp.com
- I Bruce Speiser      bspeiser@pircher.com
- United States Trustee (SV)      ustpregion16.wh.ecf@usdoj.gov
- Andrea M Valdez      avaldez@fulbright.com

\
**II.  SERVED BY THE COURT VIA U.S. MAIL**

**Debtor, In Pro Per**
Lenny Kyle Dykstra
575 Aviation Drive
Camarillo, CA 93010

Exhibit "A"

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>LENNY KYLE DYKSTRA | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:09-18409-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 550 S. Hope Street, Suite 2300, Los Angeles, CA 90071

A true and correct copy of the foregoing document described

### EX PARTE APPLICATION FOR WRIT OF POSSESSION
### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
### DECLARATION OF LILI DELLINGER IN SUPPORT OF EX PARTE APPLICATION FOR WRIT OF POSSESSION

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___January 5, 2010,___I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___January 5, 2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____January 5, 2010_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/5/2010 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**

| In re:<br>LENNY KYLE DYKSTRA | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:09-18409-GM |

## I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Robert W Beck    robert.beck@beckandbrowning.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Jacquelyn H Choi    jacquelyn.choi@dlapiper.com, bambi.clark@dlapiper.com
- Arturo Cisneros    amctrustee@mclaw.org, acisneros@ecf.epiqsystems.com
- Michael F Frank    mfrankatty@aol.com
- M Jonathan Hayes    jhayes@polarisnet.net
- Robert E Huttenhoff    rhuttenhoff@shbllp.com
- Jeffrey D Kirk    jdk43law@msn.com
- Alyssa B Klausner    abk@sghoalaw.com
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Richard W Labowe    llhlaw1631@aol.com
- David F Makkabi    cmartin@pprlaw.net
- David L. Neale    dln@lnbrb.com
- Cassandra J Richey    cmartin@pprlaw.net
- Karen Rinehart    krinehart@omm.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Charles Shamash    cs@locs.com, generalbox@locs.com
- Leonard M Shulman    lshulman@shbllp.com
- I Bruce Speiser    bspeiser@pircher.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Andrea M Valdez    avaldez@fulbright.com

## II. **SERVED BY OVERNIGHT MAIL**

| Secured Creditor<br>Countrywide/Bank of America Home Loan<br>450 American St.<br>Simi Valley, CA 93065 | Secured Creditor<br>David & Teresa Litt<br>23901 Calabasas Rd., Ste. 2092<br>Calabasas, CA 91302 | Secured Creditor<br>Index Investors<br>1103 Skyline Dr.<br>Laguna Beach, CA 92651 |
|---|---|---|
| Secured Creditor<br>Mark Vajocovec<br>P.O. Box 7199<br>Oxnard, CA 93031 | Secured Creditor<br>Ventura County Tax Assesor<br>Hall of Administration (Main Plaza)<br>800 So. Victoria Ave.<br>Ventura, CA 93009 | Secured Creditor<br>Wachovia Mortgage Bankruptcy<br>Dept. VA 7359<br>P.O. Box 13765<br>Roanoke, VA 24037 |
| Secured Creditor<br>Washington Mutual<br>3960 E. Thousand Oaks Blvd.<br>Ste. 200<br>Thousand Oaks, CA 91362 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                       **F 9013-3.1**

WEST\21835269.1

| In re:<br>LENNY KYLE DYKSTRA | | CHAPTER 7 |
| | Debtor(s). | CASE NUMBER 1:09-18409-GM |

III.

### E-MAIL SERVICE OF MOVING PAPERS WAS COMPLETED ON 1/5/10

| **Debtor, In Pro Per**<br>Lenny Kyle Dykstra<br>575 Aviation Drive<br>Camarillo, CA 93010<br>E-Mail: lennydykstra@msn.com<br>Telephone: 805-603-3038 | **Chapter 7 Trustee**<br>Arturo Cisneros<br>3403 Tenth Street, Suite 711<br>Riverside, CA 92501<br>E-mail: amctrustee@mclaw.org;<br>acisneros@ecf.epiqsystems.com<br>Telephone: (951) 682-9705 | **Counsel for Chapter 7 Trustee**<br>Robert E. Huttenhoff, Esq.<br>Shulman Hodges & Bastian LLP<br>26632 Towne Centre Drive, #300<br>Foothill Ranch, CA 92610-2808<br>E-mail: rhuttenhoff@shbllp.com<br>Telephone: (949) 340-3400 |
| **U.S. Trustee**<br>Katherine Bunker<br>S. Margaux Ross<br>Office of the U.S. Trustee<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367<br>E-mail; margaux.ross@usdoj.gov;<br>kate.bunker@usdoj.gov<br>Telephone: (818) 716-8800 | **RSN – Counsel for Index Investors**<br>I. Bruce Speiser, Esq.<br>Pircher, Nichols & Meeks<br>1925 Century Park East, 17th Floor<br>Los Angeles, CA 90067<br>E-mail: bspeiser@pircher.com<br>Telephone: (310) 201-8900 | **RSN – Counsel for Festus Dada, M.D.**<br>Shawn M. Robinson, Esq.<br>Lounsbery Ferguson Altona & Peak LLP<br>960 Canterbury Place, #300<br>Escondido, CA 92025<br>E-mail: smr@LFAP.com<br>Telephone: 760-743-1201x136 |
| **RSN – Counsel for Crystal Air Aviation**<br>Gary J. Lorch, Esq.<br>Gordon & Rees LLP<br>633 West Fifth Street, Suite 4900<br>Los Angeles, CA 90071<br>E-mail: glorch@gordonrees.com<br>Telephone: (213) 576-5000 | **RSN**<br>Ben H. Logan, Esq.<br>Karen Rinehart, Esq.<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>E-mail: krinehart@omm.com<br>Telephone: (213) 430-6000 | **RSN – Counsel for Trend Offset Printing Services, Inc.**<br>Richard W. Labowe, Esq.<br>Labowe, Labowe & Hoffman, LLP<br>1631 West Beverly Blvd., 2nd Floor<br>Los Angeles, CA 90026-5746<br>E-mail: llhlaw1631@aol.com<br>Telephone: (213) 250-9800 |
| **RSN – Counsel for The Carlyle**<br>Joseph S. Rosenthal<br>600 Madison Avenue, 11th Floor<br>New York, NY 10022<br>E-mail: JRosenthal@golawintl.com<br>Telephone: (212) 371-8008 | **RSN – Counsel for JP Morgan Chase Bank, N.A.**<br>David L. Neale, Esq.<br>Levene, Neale, Bender, Rankin & Brill<br>10250 Constellation Blvd., #1700<br>Los Angeles, CA 90067<br>E-mail: dln@lnbrb.com<br>Telephone: (310) 229-1234 | **RSN – Counsel for Sherwood Valley Homeowners Association**<br>Alyssa B. Klausner, Esq.<br>Swedelson & Gottlieb<br>11900 W. Olympic Blvd., Suite 700<br>Los Angeles, CA 90064<br>E-mail: abk@sghoalaw.com<br>Telephone: (310) 207-2207 |
| **RSN – Counsel for Mark Maolone, et al.**<br>Richard L. Knickerbocker, Esq.<br>Knickerbocker Law Corporation, PC<br>100 Wilshire Avenue, Suite 950<br>Santa Monica, CA 90401<br>E-mail: nicklaw@charter.net<br>Telephone: (310) 917-1006 | **RSN – Ben Jewelry, Inc.**<br>Michael F. Frank<br>9901 Durant Drive, Suite H<br>Beverly Hills, CA 90212<br>E-mail: mfrankatty@aol.com<br>Telephone: (310) 497-0120 | **RSN – Counsel for BSI, LLC**<br>Robert E. Darby<br>Andrea M. Valdez<br>Fulbright & Jaworski LLP<br>555 S. Flower Street, Suite 4100<br>Los Angeles, CA 90071<br>E-mail: avaldez@fulbright.com<br>Telephone: (213) 892-9217 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                           **F 9013-3.1**

WEST\21835269.1

| In re:<br>LENNY KYLE DYKSTRA | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-18409-GM |

**III.  <u>SERVED BY PERSONAL DELIVERY ON 1/5/2010</u>**

The Honorable Geraldine Mund
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367-6606

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

**F 9013-1.1**

| In re  LENNY KYLE DYKSTRA | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 1:09-18409-GM |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

550 S. Hope Street, Suite 2300, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as  Application for Writ of Possession After Hearing
_____  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  1/8/10  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  1/8/10  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/8/10 | Jean Kim | /s/ Jean Kim |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_

**F 9013-1.1**

**F 9013-1.1**

| In re  LENNY KYLE DYKSTRA | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 1:09-18409-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Robert W Beck    robert.beck@beckandbrowning.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Jacquelyn H Choi    jacquelyn.choi@dlapiper.com, bambi.clark@dlapiper.com
- Arturo Cisneros    amctrustee@mclaw.org, acisneros@ecf.epiqsystems.com
- Michael F Frank    mfrankatty@aol.com
- M Jonathan Hayes    jhayes@polarisnet.net
- Robert E Huttenhoff    rhuttenhoff@shbllp.com
- Jeffrey D Kirk    jdk43law@msn.com
- Alyssa B Klausner    abk@sghoalaw.com
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Richard W Labowe    llhlaw1631@aol.com
- David F Makkabi    cmartin@pprlaw.net
- David L. Neale    dln@lnbrb.com
- Cassandra J Richey    cmartin@pprlaw.net
- Karen Rinehart    krinehart@omm.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Charles Shamash    cs@locs.com, generalbox@locs.com
- Leonard M Shulman    lshulman@shbllp.com
- I Bruce Speiser    bspeiser@pircher.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Andrea M Valdez    avaldez@fulbright.com

II.  SERVED BY U.S. MAIL

Secured Creditor
Countrywide/Bank of America Home Loan
450 American St.
Simi Valley, CA 93065

Secured Creditor
David & Teresa Litt
23901 Calabasas Rd., Ste. 2092
Calabasas, CA 91302

Secured Creditor
Index Investors
1103 Skyline Dr.
Laguna Beach, CA 92651

Secured Creditor
Mark Vajocovec
P.O. Box 7199
Oxnard, CA 93031

Secured Creditor
Ventura County Tax Assessor
Hall of Administration (Main Plaza)
800 So. Victoria Ave.
Ventura, CA 93009

Secured Creditor
Wachovia Mortgage Bankruptcy Dept. VA 7359
P.O. Box 13765
Roanoke, VA 24037

Secured Creditor
Washington Mutual
3960 E. Thousand Oaks Blvd., Ste. 200
Thousand Oaks, CA 91362

Debtor, In Pro Per
Lenny Kyle Dykstra
575 Aviation Drive
Camarillo, CA 93010

Chapter 7 Trustee
Arturo Cisneros
3403 Tenth Street, Suite 711
Riverside, CA 92501

Counsel for Chapter 7 Trustee
Robert E. Huttenhoff, Esq.
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, #300
Foothill Ranch, CA 92610-2808

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-1.1**

**F 9013-1.1**

| In re  LENNY KYLE DYKSTRA | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 1:09-18409-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

U.S. Trustee
Katherine Bunker
S. Margaux Ross
Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

RSN – Counsel for Index Investors
I. Bruce Speiser, Esq.
Pircher, Nichols & Meeks
1925 Century Park East, 17th Floor
Los Angeles, CA 90067

RSN – Counsel for Festus Dada, M.D.
Shawn M. Robinson, Esq.
Lounsbery Ferguson Altona & Peak LLP
960 Canterbury Place, #300
Escondido, CA 92025

RSN – Counsel for Crystal Air Aviation
Gary J. Lorch, Esq.
Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

RSN
Ben H. Logan, Esq.
Karen Rinehart, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

RSN – Counsel for Trend Offset Printing Services, Inc.
Richard W. Labowe, Esq.
Labowe, Labowe & Hoffman, LLP
1631 West Beverly Blvd., 2nd Floor
Los Angeles, CA 90026-5746

RSN – Counsel for Sherwood Valley
Homeowners Association
Alyssa B. Klausner, Esq.
Swedelson & Gottlieb
11900 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064

RSN – Counsel for Mark Maolone, et al.
Richard L. Knickerbocker, Esq.
Knickerbocker Law Corporation, PC
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401

RSN – Ben Jewelry, Inc.
Michael F. Frank
9901 Durant Drive, Suite H
Beverly Hills, CA 90212

RSN – Counsel for BSI, LLC
Robert E. Darby
Andrea M. Valdez
Fulbright & Jaworski LLP
555 S. Flower Street, Suite 4100
Los Angeles, CA 90071

RSN – Counsel for JP Morgan Chase Bank, N.A.
David L. Neale, Esq.
Levene, Neale, Bender, Rankin & Brill
10250 Constellation Blvd., #1700
Los Angeles, CA 90067

RSN – Counsel for The Carlyle
Joseph S. Rosenthal
600 Madison Avenue, 11th Floor
New York, NY 10022

III.   SERVED BY OVERNIGHT DELIVERY

The Honorable Geraldine Mund
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367-6606

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-1.1**