**Lenny Kyle Dykstra, Debtor In Pro Per**
10550 Wilshire Blvd. #1203
Los Angeles, CA 90024
c/o
Dorothy Van Kalsbeek
25092 Via Las Lomas
Murrieta, CA 92562

Telephone: (805) 603-3067

lkdykstra4@yahoo.com

Attorney for Debtor
Lenny K. Dykstra

FILED
APR 12 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>LENNY KYLE DYKSTRA,<br><br>Debtor. | CASE NO.: 1:09-bk-18409-GM<br><br>Chapter 7<br><br>**DEBTORS MOTION AND NOTICE OF MOTION REQUESTING THE COURT TO ABANDON CERTAIN ASSETS FROM THE BANKRUPTCY ESTATE;**<br><br>Date: May 4, 2010<br>Time: 11:00 a.m.<br>Ctrm: 302 |

TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE AND THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND PARTIES IN INTEREST: PLEASE TAKE NOTICE that on May 4, 2010 by the Court, at 11:00 a.m. in Courtroom 302 of the above-entitled Court located at 21041 Burbank Boulevard, Woodland Hills, California 91367, LENNY KYLE DYKSTRA ("Debtor"), the debtor in the above-captioned Chapter 7, shall, and does hereby, **MOVES THE COURT TO ABANDON CERTAIN ASSET OF DEBTORS FROM THE BANKRUPTCY ESTATE,.**

1

Debtors Motion for Abandonment of Assets

Debtor has listed several entities on his bankruptcy schedules for which he seeks abandonment from the bankruptcy estate. They are: (1) Lenny Dykstra's Car Wash Corp.; (2) Lenny Dykstra's Car Wash III LP; (3) South Corona Center LP; and (4) CLG Properties LLC;

**(1) Lenny Dykstra's Car Wash Corp.; (2) Lenny Dykstra's Car Wash III LP; and (3) South Corona Center LP**

| Assets | Amount | Liabilities | Amount |
|---|---|---|---|
| LDCW Corp. | Unknown | | |
| LDCW III LP | Unknown | BSI | 1,200,000 |
| SCC LP | Unknown | Festus Dada | 500,000 |
| | | FTI Consulting | 276,705 |
| **TOTAL** | **Unknown** | **TOTAL** | 1,976,705 |

Debtor seeks abandonment of all three of these entities. Individually they will not aid the Debtor in his plan to remove himself from bankruptcy by paying off all creditors. Debtor has buyers with cash, ready to purchase one of the car washes, which if foreclosed on would be available for sale. Debtor sold the business assets in 2007 and entered into an agreement with the "Car Wash Buyers" for which he owned two notes as security. Debtor later sold the security back to the Car Wash Buyers at a sharp discount in exchange for cash and the assumption/payoff of certain liens owned by Debtor. The Car Wash Buyers are currently in default as they failed to perform as agreed in conjunction with the prepayment agreement. Debtor is owed approximately $2,500,000 in back pay, plus interest for 20 months for the default in monthly payments. Yet, the Trustee in this case, even when presented with a buyer, has still not done a single thing to take over this asset and pursue the buyers that are in clear default. The Debtor respectfully asks the Court to let Debtor try to collect on the default and/or foreclose. The estate will lose approximately $1.7 million in debts and allow Debtor to defend his claim against buyers. When the Debtor sells the assets or cures the default, then the proceeds will be used to pay off creditors before any monies go to Debtor.

**(4) CLG Properties LLC**

| Assets | Amount | Liabilities | Amount |
|---|---|---|---|
| 1978 Gulfstream GII SP* | 1,500,000 | **Liabilities on Title** | |
| | | FDIC as Successor to Rockbridge Bank | 3,414,199 |
| | | State of California | 245,364 |
| | | Constant Aviation | 227,565 |
| | | Classic Interiors | 202,465 |
| | | Crystal Air Inc | 123,464 |
| | | Aviation Management | 27,257 |
| | | Universal Weather | 11,024 |
| | | **Other CLG Liabilities from BK Schedules** | |
| | | Bruce Canton | 7,112 |
| | | Carolyn Cain | 7,500 |
| | | Dennis Turville | 10,945 |
| | | Samuel Estrada | 200,200 |
| | | Global Exec Aviation | 550,000 |
| | | Halcyon Jets | 8,000 |
| | | Hudson Yards | 46,000 |
| | | Irish Air | 50,000 |
| | | Ivy Cassariego | 50,000 |
| | | JJ Pop Enterprises | 85,000 |
| | | Krop Holdings | 150,000 |
| | | Labor Commissioner | 512,000 |
| | | Mark Malone | 112,542 |
| | | Miles Malone | 21,250 |
| | | NavCanada | 2,232 |
| | | Richard Higgins | 10,494 |
| | | Teterboro Rams | 2,000 |
| | | Private Flight Group | 190,000 |
| | | Universal Jet | 26,250 |
| **Total** | **1,500,000** | **Total** | **6,292,863** |

Debtors Motion for Abandonment of Assets

1  This LLC has not earned any income since inception and is clearly upside down.
2  However, Debtor has parties interested in the purchase of the aircraft and would like the
3  opportunity to sell, or manage the aircraft and work out an arrangement for paying off the
4  secured and unsecured creditors for this entity by acquiring investors interested in clearing
5  title on the asset then bringing the aircraft into service and chartering flights with it for
6  income. Once abandoned, Debtor has plans to immediately put this LLC into a Chapter 11
7  as a Debtor in possession, as a single asset entity and use the proceeds from future charter
8  services to pay off the unsecured on this list. He will have his buyers/investors and his plan
9  of reorganization prepared with the filing of the Chapter 11 petition.
10  As it stands currently, the asset is abandoned in Cleveland and any income potential
11  and/or sales potential is degrading quickly as the aircraft has remained idle for 14 months
12  and will soon need significant work to make it airworthy. Abandonment of this asset will
13  be advantageous for the creditors remaining on Debtors personal schedule of creditors and
14  will be advantageous for the creditors listed here as the chance of the Trustee being able to
15  turn this asset into an advantage for the current estate or transform it into a money
16  producing asset is slim to none. The best the trustee would do here would be allow one of
17  the lien holders listed above to gain possession, with little or no advantage to anyone but
18  the lien holder.
19  Plus, the creditors listed above, would be then removed from Debtors current list of
20  creditors and will have a slightly better chance of being paid from an asset that is currently
21  underwater by almost $5.0 million. The remaining creditors would have access to the pool
22  of funds being created by the trustee, which would be to their individual advantage as well.

**Summary of Abandonment Amounts & Effect on Current Case:**

| Assets | Amount | Liabilities | Amount |
|---|---|---|---|
| CLG Properties LLC | 1,500,000 | CLG Properties LLC | 6,292,863 |
| LDCW Corp. | Unknown | LDCW Corp. (1%) | |
| LDCW III LP | Unknown | LDCW III LP | 1,200,000 |
| SCC LP | Unknown | SCC LP | 776,705 |
| **TOTAL** | **1,500,000** | **TOTAL** | **8,369,568** |

Debtors Motion for Abandonment of Assets

**Conclusion**

The Bankruptcy Estate of Debtor currently owns several entities in which a considerable percentage of the Debtors debts are related. Remove the assets and the liabilities from the bankruptcy estate to go with the entity, and the remaining class of unsecured creditors will benefit greatly. In addition, the creditors removed from the current list of unsecured creditors the debtor owes personally will be far better off with the chance that the Debtor can turn around the business in which they are owed money. Remainder of asset owned by the estate should give the Trustee and his counsel enough to work on.

Debtor requests that the court treat the abandonment of assets as listed herein.

DATED: April 12, 2010                           **LENNY K. DYKSTRA, PRO SE**

By: *[signature]*
Lenny K. Dykstra
Debtor

Debtors Motion for Abandonment of Assets

## PROOF OF SERVICE

I, **Dorothy Van Kalsbeek**, declare:

I am over the age of 18 years and not a party to the within action or proceeding. My business address is in the city of Los Angeles, County of Los Angeles, State of California.

On April 12, 2010, I served a true copy of the foregoing;

DEBTORS MOTION UNDER 11 U.S.C. § 701(a) FOR VOLUNTARY DISMISSAL OF BANKRUPTCY

[ ] E-mail: By transmitting said document(s) via e-mail before 5:00 p.m. on this date to the e-mail address(es) set forth below. The transmission was reported as complete and without error.

[ ] Facsimile: By transmitting said document(s) via facsimile before 5:00 p.m. on this date to the fax number(s) set forth below. The transmission was reported as complete and without error.

[X] By Mail: By placing said document(s) in a sealed envelope, with postage thereon fully prepaid, addressed as set forth below, and on this date depositing said envelope in the United States mail at Los Angeles County, California. I am aware that on motion of the party served, service by mail is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth herein.

**See Attached List**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct; and that this Proof of Service was executed on April 12, 2010, at Los Angeles, California.

_Dorothy J. Van Kalsbeek_

## PROOF OF SERVICE INSTRUCTIONS

**Serve by first class mail:**

**Hon. Geraldine Mund**
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

| | |
|---|---|
| S. Margaux Ross<br>Atty for US Trustee<br>21051 Warner Center Ln. #115<br>Woodland Hills, CA 91367 | K & L Gates<br>10100 Santa Monica Blvd., 7th Floor<br>Los Angeles, CA 90067 |
| M. Jonathan Hayes<br>9700 Reseda Blvd. Suite 201<br>Northridge, CA 91324 | O'Melveny & Myers<br>c/o Daniel Petrocelli<br>1999 Ave of the Stars<br>Los Angeles, CA 90067 |
| Arturo Cisneros<br>2112 Business Center Drive<br>2nd Floor<br>Irvine, CA 92612 | Sherwood Country Club<br>320 W. Stafford Road<br>Westlake Village, CA 91361 |

Leonard M. Shulman
Robert E. Huttenhoff
Shulman Hodges & Bastian LLP
26632 Towne Center Dr. Suite 300
Foothill Ranch, CA 92610

Evan B Sorensen
Tressler, Soderstrom, Maloney & Priess
3070 Bristol Street, Suite 450
Costa Mesa, CA 92626

David Neale
JP Fritz
Levene, Neale, Bender, Rankin & Brill LLP
10250 Constellation Blvd, Suite 1700
Los Angeles, CA 90067

I. Bruce Speiser
Pircher, Nichols & Meeks
1925 Canterbury Park East, Suite 1700
Los Angeles, CA 90067

Richard P Towne
3625 Thousand Oaks Blvd Ste 267
Westlake Village, CA 91362

David Vigliano
405 Park Avenue, Ste. 1700
New York, NY 10022