Leonard M. Shulman – Bar No. 126349
Irena Leigh Norton – Bar No. 167017
**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive, Suite 300
Foothill Ranch, California 92610-2808
Telephone:   (949) 340-3400
Facsimile:   (949) 340-3000
Email:         lshulman@shbllp.com
                    inorton@shbllp.com

General Counsel for David K. Gottlieb, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-18409-GM |
| **LENNY KYLE DYKSTRA,** | Chapter 7 |
| Debtor. | **SUPPLEMENTAL DECLARATION OF DAVID K. GOTTLIEB IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER APPROVING THE *NUNC PRO TUNC* SUBSTANTIVE CONSOLIDATION OF THE DEBTOR'S ESTATE WITH NON-DEBTOR ALTER EGO ENTITIES** |
| | **Hearing**: <br> Date:  December 1, 2010 <br> Time:  10:00 a.m. <br> Ctrm.: Courtroom 303 <br>           United States Bankruptcy Court <br>           21041 Burbank Boulevard <br>           Woodland Hills, CA 91367-6606 |

///

//

**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

4079-004\W:\Cases\C-D\Dykstra\Pld\Mtn Consolidte v1 Dec Gottlieb.doc

**REPLY TO OPPOSITION TO MOTION FOR SUBSTANTIVE CONSOLIDATION**

## DECLARATION OF DAVID K. GOTTLIEB

I, David K. Gottlieb, declare and state as follows:

1. I am the Chapter 7 Trustee for the bankruptcy estate of Lenny Kyle Dykstra ("Debtor"). I have personal knowledge of the facts set forth herein and could, if called as a witness, competently testify thereto.

2. I am familiar with the Debtor's bankruptcy proceeding and make this Declaration in support of my Motion for an Order Approving the *Nunc Pro Tunc* Substantive Consolidation of the Debtor's Estate with that of non-debtors and alter egos, Lenny Dykstra's Car Wash Corp. ("Car Wash Corp."), Lenny Dykstra's Car Wash III, LP ("Car Wash III") and South Corona Center, LP ("South Corona Center")(collectively, "Alter Ego Entities") ("Motion").

3. Notice of the Motion was served on all known creditors of each Alter Ego Entity, Lenny Dykstra's Car Wash Corp. ("Car Wash Corp."), Lenny Dykstra's Car Wash III, LP ("Car Wash III") and South Corona Center, LP ("South Corona Center")(collectively, "Alter Ego Entities") as follows:

4. The Notice was served on all creditors of the Debtor. The Debtor received service as agent for the Alter Ego Entities.

5. In addition, notice was served on those entities known to be joint creditors of the Debtor and Alter Ego Entities, including BSI, LLC and Theresa and David Litt.

6. I am informed that, subsequent to the Prepayment Agreement, Debtor's intent was that the Alter Ego Entities' sole creditor would be himself, in his capacity as shareholder/member. Since these entities have not been doing business, none appear to have any trade creditors..

7. Based on the investigation of my counsel and discussions with the Debtor, I am informed and believe that notice was provided to all of the creditors of the Debtor, South Corona Center, Car Wash Corp. and Car Wash IIII.

8. My counsel filed and served by United States Mail the Notice (Docket No. 443) and Motion (Docket No. 442) on October 29, 2010 on the following known creditors of the Alter Ego Entities:

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

1

4079-004\W:\Cases\C-D\Dykstra\Pld\Mtn Consolidte v1 Dec Gottlieb.doc

**REPLY TO OPPOSITION TO MOTION FOR SUBSTANTIVE CONSOLIDATION**

| Creditor of Alter Ego Entity, Car Wash III<br>BSI, LLC<br>Attn: Agent, Officer, Director, Member<br>26 Harbor Park Dr<br>Port Washington, NY 11050 | SCHEDULE D CREDITOR/INTERESTED PARTY<br>VENTURA COUNTY TAX COLLECTOR<br>HALL OF ADMINISTRATION (MAIN PLAZA)<br>800 SOUTH VICTORIA AVE<br>VENTURA, CA 93009-1290 | 20 Largest Creditors and Creditor of Alter Ego Entity Car Wash III<br>David A. Litt and Teresa Litt, Co-Trustees of the David and Teresa Litt Family Trust<br>23901 Calabasas Road #2092<br>Calabasas, CA 91302 |
|---|---|---|
| DAVID & TERESA LITT<br>23564 CALABASAS RD., STE. 208<br>CALABASAS, CA 91302 | ATTORNEY FOR BSI, LLC<br>ROBERT E. DARBY, ESQ.<br>FULBRIGHT & JAWORSKI LLP<br>555 SOUTH FLOWER ST, SUITE 4100<br>LOS ANGELES, CA 90071 | |

9. On November 10, 2010 my counsel timely served by United States Mail the Notice (Docket No. 443) on the following additional known creditors of the Alter Ego Entities, specifically, South Corona Center (see Supplemental Proof of Service, Docket No. 451):

| INTERESTED PARTY - VIA US MAIL<br>ALL VALLEY TRUSTEE SERVICE<br>23564 CALABASAS RD ST 208<br>CALABASAS, CA 91302 | INTERESTED PARTY - VIA US MAIL<br>CHICAGO TITLE COMPANY<br>FORECLOSURE DEPT<br>560 E HOSPITALITY LN<br>SAN BERNARDINO, CA 92408 | INTERESTED PARTY – VIA US MAIL<br>FIRST CREDIT BANK<br>ATTN: BRANCH MANAGER<br>9255 SUNSET BLVD<br>WEST HOLLYWOOD CA 90068 |
|---|---|---|
| INTERESTED PARTY - VIA US MAIL<br>HANMI BANK<br>14427 SHERMAN WAY BLVD<br>VAN NUYS CA 91405 | INTERESTED PARTY - VIA US MAIL<br>RIVERSIDE COUNTY TREASURER -TAX COLLECTOR<br>PO BOX 12005<br>RIVERSIDE CA 92502-2205 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of November, 2010 at Sherman Oaks, California.

David K. Gottlieb

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2

4079-004\W:\Cases\C-D\Dykstra\Pld\Mtn Consolidte v1 Dec Gottlieb.doc
REPLY TO OPPOSITION TO MOTION FOR SUBSTANTIVE CONSOLIDATION

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3750 University Ave., Ste. 670, Riverside, CA 92501

A true and correct copy of the foregoing document described **SUPPLEMENTAL DECLARATION OF DAVID K. GOTTLIEB IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER APPROVING THE *NUNC PRO TUNC* SUBSTANTIVE CONSOLIDATION OF THE DEBTOR'S ESTATE WITH NON-DEBTOR ALTER EGO ENTITIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 29, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On November 29, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge – Via Overnight Mail**
Honorable Geraldine Mund
US Bankruptcy Court
21041 Burbank Blvd., Ste 342
Woodland Hills, CA 91367-6606

**Office of the United States Trustee – Via US Mail**
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 29, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 29, 2010 | Tonia N. Mann-Wooten | /s/ signature |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Additional service information:
I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Ramin Azadegan    ramin@raminlaw.com **Counsel for Opposing parties – The Shohed Defendants**
- Robert W Beck    robert.beck@beckandbrowning.com
- Peter Bonfante    peterbonfante@bsalawfirm.com
- Jacquelyn H Choi    jchoi@swjlaw.com
- Howard M Ehrenberg    hehrenberg@sulmeyerlaw.com
- Michael F Frank    mfrankatty@aol.com
- John-patrick M Fritz    jpf@lnbrb.com
- Andrew A Goodman    agoodman@goodmanfaith.com
- David Keith Gottlieb (TR)    dkgtrustee@crowehorwath.com, dgottlieb@ecf.epiqsystems.com
- Adam C Hackett    ahackett@tresslerllp.com, ocdocket@tresslerllp.com;esorensen@tresslerllp.com
- M Jonathan Hayes    jhayes@polarisnet.net
- Robert E Huttenhoff    rhuttenhoff@shbllp.com
- Jeffrey D Kirk    jdk43law@msn.com
- Alyssa B Klausner    abk@sghoalaw.com
- Richard W Labowe    llhlaw1631@aol.com
- David F Makkabi    cmartin@pprlaw.net, dmakkabi@pralc.com
- David L. Neale    dln@lnbrb.com
- Irena L Norton    inorton@shbllp.com
- Michael T Pines    cgonzales@pinesandassociates.com
- Cassandra J Richey    cmartin@pprlaw.net
- Karen Rinehart    krinehart@omm.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Charles Shamash    cs@locs.com, generalbox@locs.com
- Leonard M Shulman    lshulman@shbllp.com
- Evan B Sorensen    esorensen@tresslerllp.com
- I Bruce Speiser    bspeiser@pircher.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Andrea M Valdez    avaldez@fulbright.com **Counsel for BSI, LLC, Creditor of Alter Ego Entity, Car Wash III**
- Darlene C Vigil    cdcaecf@bdfgroup.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**